M. Armon Cooper (SBN 036320)
Law Offices of M. Armon Cooper
One California Street, 18th Floor
San Francisco, CA  94111
Tel: (415) 362-6000
Fax: (415) 834-9070
armoncoop@aol.com
Attorney for Plaintiff
DAVID CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID CAMPBELL,

        Plaintiff(s),

   v.

TIMOTHY YEO AND TAF GROUP LTD., a British Virgin Island Company,

        Defendant(s).
_____/

No. C V 07 6229 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 26, 2008

_____
Signature

Counsel for  David Campbell
(Plaintiff, ~~Defendant or indicate "pro se"~~)