UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. CAMPBELL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TIMOTHY YEO and TAF GROUP,<br>LTD, a British Virgin<br>Islands Co.,<br><br>    Defendant(s). | No. C07-6229 BZ<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

Having read plaintiff's case management statement, **IT IS HEREBY ORDERED** as follows:

  1.  Pursuant to Rule 4(m) plaintiff is given until May 15, 2008 to serve defendants.

  2.  A copy of this order shall be served on each defendant, along with the summons and complaint.

  3.  The case management conference is continued to **June 16, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint case management statement shall be filed by **June 9, 2008.**

Dated: March 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPBELL V. YEO\ORDER CONT CMC.wpd

1