1  M. Armon Cooper (State Bar No. 036320)
   Attorney at Law
2  One California Street, 18th Floor
   San Francisco, California 94111
3  Tel: 415-362-6000
4  Fax: 415-834-9070

5  *Attorney for Plaintiff*
   DAVID B. CAMPBELL
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DAVID B. CAMPBELL,                    )   Case No. CV 07 6229BZ
                                         )
12         Plaintiff,                     )
                                         )
13 vs.                                    )   **DECLARATION OF ATTEMPTED**
                                         )   **PERSONAL SERVICE AND PROOF OF**
14 TIMOTHY YEO and TAF GROUP, LTD., a    )   **SERVICE**
   British Virgin Islands Company,       )
15                                        )
           Defendants.                    )
16

17 I, PORZEN LIU, declare as follows:

18      1.      I am over the age of 21 years, and am not a party to this action. I have personal

19 knowledge of each fact stated in this declaration;

20      2.      On February 2, 2008 I went to Timothy Yeo's office at TBC, Unit 1602, Leishing

21 International Plaza, 1319 Yanan Xi Road, Shanghai, China during business hours, intending to

22 deliver to Mr. Yeo copies of the Complaint and the two Summonses in this action. The office was

23 closed.

24      3.      I returned to the office on February 4, 2008 and was told by the receptionist that Mr.

25 Yeo was not in the office. The receptionist told me that I should call the office and make an

26 appointment to deliver the documents personally to Mr. Yeo. I made more than three telephone calls

27 to the number given me by the receptionist during the period February 18 – 28, 2008, and in each

28 telephone conversation the receptionist told me that Mr. Yeo was not in the office.

                                          1

---

                        **DECLARATION OF PORZEN LIU**

4.      On March 27, 2008 at 4:00 p.m. I went to Mr. Yeo's office again.  The receptionist (a Ms. Lin) told me that Mr. Yeo was not in the office.  Then I left with the receptionist the Complaint and copies of the two Summonses addressed to Mr. Yeo personally and to TAF Group Ltd.

5.      On April 8, 2008 I mailed copies of the two Summonses and Complaint to Mr. Yeo postage prepaid, to his place of business at TBC, Unit 1602, Leishing International Plaza, 1319 Yanan Xi Road, Shanghai, China 20050.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

April 8, 2008

_____
Porzen Liu

2

**DECLARATION OF PORZEN LIU**

2969557v1 786106