1  WHITE O'CONNOR FINK & BRENNER LLP
     David E. Fink (State Bar No. 169212)
2  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
3  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
4  dfink@whiteo.com

5  Attorneys for Defendants Timothy Yeo
   and TAF Group, LTD
6

7

8                  **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | DAVID B. CAMPBELL, an individual, | CASE NO. CV 07-6299 BZ |
|---|---|---|
| 12 | Plaintiff, | The Honorable Bernard Zimmerman |
| 13 | v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 14 | TIMOTHY YEO, an individual, and TAF GROUP LTD, a British Virgin Islands | **[Local Rule 6-1(a)]** |
| 15 | company, | |
| 16 | Defendants. | Action Filed:    December 10, 2007<br>Trial Date:      None Set |

17

18

19

20

21

22

23

24

25

26

27

28

225197.1.doc

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**RECITALS**

1.      Plaintiff David B. Campbell ("Plaintiff") filed the Complaint in the above-referenced matter on December 10, 2008.

2.      Plaintiff contends that the Complaint was properly served on Defendants in Shanghai, China, by personal service and by mail on April 8, 2008.  Defendants contend that such service did not comply with the Hague Convention on the Service Abroad of Judicial and Extra-judicial Documents in Civil and Commercial Matters.

3.      Defendants Timothy Yeo and TAF Group, Ltd. ("Defendants"), by and through their counsel of record, agreed to accept service of the Complaint on May 7, 2008.

4.      Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a defendant shall answer or otherwise respond to a complaint within twenty (20) days of service of the summons and complaint.  Accordingly, the deadline for Defendants to respond to the Complaint is May 27, 2008.

5.      Pursuant to Local Rule 6-1(a), Plaintiff and Defendants may stipulate to extend the time to respond to the Complaint, without a Court order, provided that the extension "will not alter the date of any event or any deadline already fixed by Court order." L.R. 6-1(a).

6.      Defendants seek an extension of the time to respond to the Complaint until June 4, 2008.  On May 7, 2008, Plaintiff and Defendants, through their counsel, agreed to extend the time to respond to the Complaint until June 4, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## STIPULATION

Plaintiff and Defendants, by and through their counsel of record, hereby stipulate and agree as follows:

1.      The deadline for Defendants to respond to the Complaint is June 4, 2008.

2.      Defendants will not contest the manner of service in any response to the Complaint.

3.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original. Facsimile and e-mail signed copies shall be deemed the equivalent of original signed documents.

DATED: May 20, 2008            WHITE O'CONNOR FINK & BRENNER LLP
                                          David E. Fink

By                             
            David E. Fink
            Attorneys for Defendants Timothy Yeo and TAF Group, Ltd.

DATED: May 20, 2008            M. ARMON COOPER, ATTORNEY AT LAW
                                          M. Armon Cooper

By                             
            M. Armon Cooper
            Attorney for Plaintiff David B. Campbell

3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## STIPULATION

Plaintiff and Defendants, by and through their counsel of record, hereby stipulate and agree as follows:

1.    The deadline for Defendants to respond to the Complaint is June 4, 2008.

2.    Defendants will not contest the manner of service in any response to the Complaint.

3.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original.  Facsimile and e-mail signed copies shall be deemed the equivalent of original signed documents.

DATED: May 19, 2008                   WHITE O'CONNOR FINK & BRENNER LLP
                                       David E. Fink
                                       Edward E. Weiman


                                       By _____
                                             David E. Fink
                                       Attorneys for Defendants Timothy Yeo and TAF
                                       Group, Ltd.

DATED: May 19, 2008                   M. ARMON COOPER, ATTORNEY AT LAW
                                       M. Armon Cooper


                                       By _____
                                             M. Armon Cooper
                                       Attorney for Plaintiff David B. Campbell

225197.1.doc
                                       3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

-4-