WHITE O'CONNOR FINK & BRENNER LLP
 David E. Fink (STATE BAR NO. 169212)
 Edward E. Weiman (STATE BAR NO. 193290) (*Admission Pending*)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
dfink@whiteo.com
eweiman@whiteo.com

Attorneys for Defendants Timothy Yeo
and TAF GROUP LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>    Defendants. | CASE NO. 3:07-CV-06229 BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Trial Date:     None Set |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 4, 2008        WHITE O'CONNOR FINK & BRENNER LLP
                                   David E. Fink
                                   Edward E. Weiman

                               By /s/ David E. Fink
                                   David E. Fink
                              Attorneys for Defendants Timothy Yeo and TAF GROUP LTD.