WHITE O'CONNOR FINK & BRENNER LLP
  David E. Fink (STATE BAR NO. 169212)
  Edward E. Weiman (STATE BAR NO. 193290) (*Admission Pending*)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
dfink@whiteo.com
eweiman@whiteo.com

Attorneys for Defendants Timothy Yeo
and TAF GROUP LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CAMPBELL,<br><br>                Plaintiff,<br><br>        v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>                Defendants. | CASE NO. 3:07-CV-06229 BZ<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE**<br><br>Trial Date:        None Set |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF
RECORD:

Pursuant to Civil L.R. 73-1(a)(1) and Magistrate Judge Zimmerman's
Standing Order Paragraph 1, Defendants Timothy Yeo and TAF Group Ltd. hereby
request reassignment of the above captioned matter to a district judge.

DATED: June 4, 2008                WHITE O'CONNOR FINK & BRENNER LLP
                                   David E. Fink
                                   Edward E. Weiman


                                   By /s/ David E. Fink
                                   _____
                                        David E. Fink
                                   Attorneys for Defendants Timothy Yeo and
                                   TAF GROUP LTD.