**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**June 6, 2008**

**CASE NUMBER: CV 07-06229 BZ**
**CASE TITLE:  DAVID CAMPBELL-v-TIMOTHY YEO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Marilyn H. Patel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/6/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                 Entered in Computer 6/6/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                        Transferor CSA