1  WHITE O'CONNOR FINK & BRENNER LLP
    Edward E. Weiman (STATE BAR NO. 193290)
2  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
3  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
4  eweiman@whiteo.com

5  Attorneys for Defendants Timothy Yeo
   and TAF GROUP LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>　　　　Defendants. | CASE NO. 3:07-CV-06229 MHP<br><br>**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Civil L.R. 16-10(a)]<br><br>Trial Date:　　None Set |

228827.1.doc

REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    Pursuant to Civil L.R. 16-10(a), Defendants Timothy Yeo and TAF Group Ltd. hereby request permission for their lead trial counsel to participate in the case management conference on August 4, 2008, by telephone.

DATED: July 28, 2008       WHITE O'CONNOR FINK & BRENNER LLP
Edward E. Weiman

By /s/ Edward E. Weiman
    Edward E. Weiman
Attorneys for Defendants Timothy Yeo and TAF GROUP LTD.

228827.1.doc

REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

1