1  WHITE O'CONNOR FINK & BRENNER LLP
   Edward E. Weiman (STATE BAR NO. 193290)
2  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
3  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
4  eweiman@whiteo.com

5  Attorneys for Defendants Timothy Yeo
   and TAF GROUP LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CAMPBELL,<br><br>            Plaintiff,<br><br>       v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>            Defendants. | CASE NO. 3:07-CV-06229 MHP<br><br>**[PROPOSED ORDER] GRANTING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Civil L.R. 16-10(a)]<br><br>Trial Date:        None Set |

228839.1.doc

1  TO THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2      IT IS HEREBY ORDERED that lead trial counsel for Defendants Timothy

3  Yeo and TAF Group Ltd. is granted permission to participate in the case

4  management conference on August 4, 2008, by telephone.

5  IT IS SO ORDERED.

6  DATED: _____, 2008

7

8

                                        The Honorable Marilyn Hall Patel
                                        United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28