1  WHITE O'CONNOR FINK & BRENNER LLP
   Edward E. Weiman (STATE BAR NO. 193290)
2  10100 Santa Monica Boulevard, Twenty-Third Floor
   Los Angeles, California 90067-4008
3  Telephone: (310) 712-6100
   Facsimile: (310) 712-6199
4  eweiman@whiteo.com

5  Attorneys for Defendants Timothy Yeo
   and TAF GROUP LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CAMPBELL,<br><br>            Plaintiff,<br><br>        v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>            Defendants. | CASE NO. 3:07-CV-06229 MHP<br><br>**[~~PROPOSED~~ ORDER] GRANTING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>[Civil L.R. 16-10(a)]<br><br>Trial Date:          None Set<br><br>    Date:  August 6, 2008<br>    Time:  2:15 p.m. |

228839.1.doc

[PROPOSED ORDER] GRANTING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE
BY TELEPHONE

1  TO THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2      IT IS HEREBY ORDERED that lead trial counsel for Defendants Timothy

3  Yeo and TAF Group Ltd. is ~~granted permission to participate in the case~~

    August 6, 2008 at 2:15 p.m.

4  management conference on ~~August 4, 2008~~, by telephone.

5  IT IS SO ORDERED.

6  DATED: \_\_July 30_____, 2008

8  _____

9  The Honorable Marilyn H. Patel
   United States District Judge

*IT IS SO ORDERED* — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

228839.1.doc

1

[PROPOSED ORDER] GRANTING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE