**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CAMPBELL, | No. C07-06229 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE** |
|   v. | |
| TIMOTHY YEO AND TAF GROUP LTD., | |
|     Defendant(s). | |

    The parties are notified that the Case Management Conference originally set for August 4, 2008 has been rescheduled by the Court to **Monday, August 6, 2008 at 2:15 p.m.**

                                    Richard W. Wieking
                                    Clerk, U.S. District Court

Dated: July 31, 2008                    Frank Justiliano, Deputy Clerk to the
                                                Honorable Marilyn Hall Patel
                                                        (415) 522-3140