**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date:   August 6, 2008        [2:22pm - 2:39pm]

Case No.   C 07-6229 MHP         Judge: MARILYN H. PATEL

Title: David Campbell  -v- Tinothy Yeo, et al

Attorneys:  Plf:     Armon Cooper
            Dft:     Ed Weiman

Deputy Clerk: Monica Narcisse for Anthony Bowser       Court Reporter:  Belle Ball

**PROCEEDINGS**

1)   Telephonic Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

- Court grants 2 depositions (max) prior to ENE.
- Case referred to ADR for ENE within 90 days, allowing evaluator to mediate as well, if necessary.
- Counsel shall confer with clients with respect to consenting and stipulating to a Magistrate Judge for all purposes by 8-22-08.
- Joint Supplemental Case Status Statement due 12-1-08.
- Further Status Conference scheduled for 12-8-08 @ 3:00 pm.

cc:     Anthony Bowser