M. ARMON COOPER (State Bar No. 036320)
Attorney at Law
One California Street, 18th Floor
San Francisco, California 94111
Tel: 415-362-6000
Fax: 415-834-9070
*Attorney for Plaintiff*
*David Campbell*

WHITE O'CONNOR FINK BRENNER (State Bar No. 193290)
Edward E. Weiman (State Bar No. 193290)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: 310-172-6100
Facsimile: 310-712-6199
*Attorney for Defendants Timothy Yeo and TAF Group Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>    Defendants. | Case No. CV 07 6229 MHP<br><br>**CONSENT AND STIPULATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby stipulate and voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///

| | |
|---|---|
| 1    Dated: August 22, 2008 | WHITE O'CONNOR FINK BRENNER |
| 2 | /s/ |
| 3 | Edward E. Weiman |
| 4 | Attorney for Defendants Timothy Yeo and TAF Group Ltd. |
| 6    Dated: August 22, 2008 | M. ARMON COOPER |
| 7 | /s/ |
| 8 | M. Armon Cooper |
| 9 | Attorney for Plaintiff David Campbell |

2