**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Campbell, | 07-06229 MHP ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Yeo, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Arthur D. Levy
> Levy Ram Olson & Rossi
> 639 Front St., 4th Floor
> San Francisco, CA 94111
> 415-433-4949
> adl@lrolaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06229 MHP ENE                           - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: August 25, 2008

          RICHARD W. WIEKING
          Clerk
          by:    Claudia M. Forehand

          ADR Case Administrator
          415-522-2059
          Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-06229 MHP ENE          - 2 -