UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CAMPBELL, | No. C 07-6229 MHP |
| Plaintiff(s), | **ORDER OF REASSIGNMENT** |
| v. | |
| TIMOTHY YEO et al, | |
| Defendant(s). | |

Pursuant to all counsel having stipulated to a trial by a Magistrate Judge, this matter is hereby reassigned to Magistrate Judge Bernard Zimmerman for all further proceedings, including all pretrial and trial proceedings, and the entry of final judgment. Appeals from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. The current scheduled dates shall be maintained except as modified or rescheduled in accordance with instructions by the reassigned Magistrate Judge.

Dated: August 25, 2008

MARILYN HALL PATEL
United States District Judge