UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CAMPBELL, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 07-6229 BZ |
| | ) | |
| v. | ) | **NOTICE SETTING** |
| | ) | **STATUS CONFERENCE** |
| TIMOTHY YEO, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

   **PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, September 29, 2008 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: August 29, 2008

*Rose Maher*
───────────────────────────
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\CAMPBELL V. YEO\CLKS NOT SETTING STATUS CONF.wpd

1