WHITE O'CONNOR FINK & BRENNER LLP
Edward E. Weiman (STATE BAR NO. 193290)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
eweiman@whiteo.com

Attorneys for Defendants Timothy Yeo
and TAF GROUP LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>    Defendants. | CASE NO. 3:07-CV-06229 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE<br><br>[Civil L.R. 16-10(a)]<br><br>Trial Date:    None Set |

1  TO THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2       IT IS HEREBY ORDERED that lead trial counsel for Defendants Timothy

3  Yeo and TAF Group Ltd. is granted permission to participate in the status

4  conference on September 29, 2008, by telephone.

5  IT IS SO ORDERED.

6  DATED:  September 22      , 2008

```
                                    _____
                                    The Honorable Bernard Zimmerman
                                    United States District Court Judge
```



**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call at 4:00 p.m.**

230749.1.doc                                    1                                    3:07-CV-06229 BZ
[PROPOSED ORDER] GRANTING REQUEST TO PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE