FILED
OCT 0 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. CAMPBELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>TIMOTHY YEO and TAF GROUP,<br>LTD, a British Virgin<br>Islands Co.,<br><br>    Defendant(s). | No. C07-6229 BZ<br><br>**ORDER SCHEDULING STATUS CONFERENCE AND EXTENDING ADR COMPLETION DEADLINE** |

    Having read plaintiff's case management statement and discussed the statement with both parties, **IT IS HEREBY ORDERED** as follows:

    1.  A supplemental status conference shall be held on **November 10, 2008 at 4:00 p.m.** The parties are granted permission to participate in the November 10, 2008 status conference by telephone. Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call at 4:00 p.m. The parties are permitted to file a supplemental case management statement if so desired.

1

2. The previous ADR completion deadline of November 5, 2008 is hereby extended until **November 10, 2008.**

Dated: October 1, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPBELL V. YEO\ORDER CONT CMC EXTENDING ADR DEADLINE.wpd