WHITE O'CONNOR FINK & BRENNER LLP
  Edward E. Weiman (STATE BAR NO. 193290)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
eweiman@whiteo.com

Attorneys for Defendants
TIMOTHY YEO and TAF GROUP LTD.


M. ARMON COOPER (STATE BAR NO. 36320)
Attorney at Law
One California Street, 18th Floor
San Francisco, California 94111
Tel: 415-362-6000
Fax: 415-834-9070


Attorney for Plaintiff
DAVID B. CAMPBELL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. CAMPBELL,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>    Defendants. | CASE NO. 3:07-CV-06229 BZ<br><br>The Honorable Bernard Zimmerman<br><br>**JOINT STIPULATION TO EXTEND ENE COMPLETION DEADLINE AND TO CONTINUE SCHEDULED ENE SESSION;** ~~[PROPOSED]~~ **ORDER**<br><br>Date:  Nov. 5, 2008<br>Time:  3:00 p.m.<br>Place:  639 Front Street, Fourth Floor, Levy Ram & Olson LLP, San Francisco, CA, 94111-1965<br><br>ENE Completion<br>Deadline:  Nov. 10, 2008<br><br>Trial Date:            None Set |

1. Plaintiff David Campbell ("Plaintiff") and Defendants TAF Group Ltd. ("TAF") and Timothy Yeo ("Yeo") (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. The ENE completion deadline is November 10, 2008.

2. The parties are scheduled to attend an ENE session in the above-captioned matter on November 5, 2008, at 3:00 p.m., at 639 Front Street, Fourth Floor, Levy Ram & Olson LLP, San Francisco, CA, 94111-1965.

3. Pursuant to the Court's August 6, 2008 order, the parties are permitted to conduct depositions prior to the ENE session. In the parties' initial discussions with the ENE coordinator, it was anticipated that a 90-day window for ENE would be sufficient for the parties to do so. Despite the parties' diligent efforts, scheduling conflicts have prevented Defendants from taking the depositions of Plaintiff and Plaintiff's wife, a percipient witness in this matter.

3. In addition to the foregoing, Defendants' counsel, Edward E. Weiman, will be engaged in a lengthy arbitration hearing in another matter from December 1, 2008 to at least December 19, 2008 and has depositions scheduled in the same matter during the weeks of October 27, 2008, November 3, 2008, November 10, 2008, and the beginning of the week of November 17, 2008.

4. Accordingly, the parties agree, subject to the approval of the Court, to extend the ENE completion deadline for a period of sixty (60) days, and to continue the scheduled ENE session for a period of up to sixty (60) days.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

231974.1.doc

1

3:07-CV-06229 BZ

JOINT STIPULATION TO EXTEND ENE COMPLETION DEADLINE AND
TO CONTINUE SCHEDULED ENE SESSION; [PROPOSED] ORDER

| | |
|---|---|
| 1 | 5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original. Facsimile signed copies shall be deemed the equivalent of original signed documents. |

DATED: October 21, 2008              WHITE O'CONNOR FINK & BRENNER LLP
                                     Edward E. Weiman


                                     By _____
                                          Edward E. Weiman
                                     Attorneys for Defendants TIMOTHY YEO
                                     and TAF GROUP LTD.

DATED: October 21, 2008              M. Armon Cooper, Esq.



                                     By _____
                                          M. Armon Cooper
                                     Attorney for Plaintiff DAVID CAMPBELL.

BASED UPON THE FOREGOING, AND GOOD CAUSE APPEARING THERFOR, IT IS SO ORDERED.

The ENE completion deadline is continued from November 10, 2008 to January 9, 2009. The ENE session shall be continued from November 5, 2008 to a date to be agreed upon by the parties and the ENE evaluator, which date shall be no later than January 5, 2009.

DATED: October 22, 2008


                                     _____
                                     BERNARD ZIMMERMAN
                                     United States Magistrate Judge

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original. Facsimile signed copies shall be deemed the equivalent of original signed documents.

DATED: October 21, 2008        WHITE O'CONNOR FINK & BRENNER LLP
                               Edward E. Weiman


                               By _____
                                   Edward E. Weiman
                                   Attorneys for Defendants TIMOTHY YEO
                                   and TAF GROUP LTD.

DATED: October 21, 2008        M. Armon Cooper, Esq.



                               By _____
                                   M. Armon Cooper
                                   Attorney for Plaintiff DAVID CAMPBELL.


BASED UPON THE FOREGOING, AND GOOD CAUSE APPEARING THERFOR, IT IS SO ORDERED.

The ENE completion deadline is continued from November 10, 2008 to January 9, 2009. The ENE session shall be continued from November 5, 2008 to a date to be agreed upon by the parties and the ENE evaluator, which date shall be no later than January 5, 2009.

DATED:

                               _____
                               BERNARD ZIMMERMAN
                               United States Magistrate Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Twenty-Third Floor, Los Angeles, California 90067-4008.

On October 21, 2008, I served true copies of the following document(s) described as **JOINT STIPULATION TO EXTEND ENE COMPLETION DEADLINE AND TO CONTINUE SCHEDULED ENE SESSION; [PROPOSED] ORDER** on the interested parties in this action as follows:

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

Arthur D. Levy, Esq.
Levy, Ram & Olson LLP
639 Front Street, Fourth Floor
San Francisco, California 94111-1913

**BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed in the Service List. The telephone number of the sending facsimile machine was 310.712.6153. No error was reported by the fax machine that I used.

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 21, 2008, at Los Angeles, California.

_____
DeEtra T. Crudup