1  WHITE O'CONNOR FINK & BRENNER LLP
     Edward E. Weiman (STATE BAR NO. 193290)
2  10100 Santa Monica Boulevard, Twenty-Third Floor
    Los Angeles, California 90067-4008
3  Telephone: (310) 712-6100
    Facsimile: (310) 712-6199
4  dfink@whiteo.com
    eweiman@whiteo.com
5
    Attorneys for Defendants
6  TIMOTHY YEO and TAF GROUP LTD.

7
                  UNITED STATES DISTRICT COURT
8
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
9

10
    DAVID B. CAMPBELL,                      CASE NO. 3:07-CV-06229 BZ
11
              Plaintiff,                    [PROPOSED] ORDER EXCUSING
12                                          DEFENDANTS TAF GROUP LTD.
         v.                                 AND TIMOTHY YEO FROM
13                                          PERSONALLY APPEARING AT
    TIMOTHY YEO and TAF GROUP               THE ENE SESSION
14  LTD., a British Virgin Islands
    Company,                                Date:  Nov. 5
15                                          Time:  3:00 p.m.
              Defendants.                   Place: 639 Front Street, Fourth Floor,
16                                                 Levy Ram & Olson LLP, San
                                                   Francisco, CA, 94111-1965
17
                                            Trial Date:        None Set
18

19
20
21
22
23
24
25
26
27
28  231904.1.doc                                              3:07-CV-06229 BZ

[PROPOSED] ORDER EXCUSING DEFENDANTS TAF GROUP LTD. AND TIMOTHY YEO FROM
                   PERSONALLY APPEARING AT THE ENE SESSION

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the letter received on Tuesday, October 21, 2008 on behalf of Defendants TAF Group Ltd. and Timothy Yeo ("Defendants"), and the Joint Stipulation between Plaintiff David Campbell ("Plaintiff") and Defendants, whereby the parties, by and through their counsel of record, agree that Defendants may be excused from personally appearing at the ENE session scheduled to proceed on November 5, 2008, THE COURT HEREBY FINDS AND ORDERS, AS FOLLOWS:

1. Defendant Timothy Yeo in his individual capacity, and in his representative capacity of Defendant TAF Group Ltd., will suffer an extraordinary and unjustifiable hardship should he be required to attend the ENE session in person.

2. Defendant Timothy Yeo and Defendant TAF Group Ltd. are excused from personally attending the ENE session scheduled to proceed on November 5, 2008, *but must appear for the session by telephone.*

IT IS SO ORDERED.

DATED: 10/27/08

_____
The Honorable Wayne D. Brazil
United States District Court Magistrate Judge

231904.1.doc     1     3:07-CV-06229 BZ
[PROPOSED] ORDER EXCUSING DEFENDANTS TAF GROUP LTD. AND TIMOTHY YEO FROM PERSONALLY APPEARING AT THE ENE SESSION