IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. CAMPBELL | CASE NO. CV 07 6229BZ |
| Plaintiff, | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| TIMOTHY YEO and TAF GROUP, LTD. | ***PRO HAC VICE*** |
| Defendant. | |

Tami Kameda, whose business address and telephone number is 10100 Santa Monica Blvd., Ste. 2300, Los Angeles, CA 90067, telephone (310-712-6179)

and who is an active member in good standing of the bar of the Central District of California having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 3/0 of 08

Bernard Zimmerman
United States Magistrate Judge