UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. CAMPBELL,<br><br>      Plaintiff,<br><br>  v.<br><br>TIMOTHY YEO and TAF GROUP,<br>LTD, a British Virgin<br>Islands Co.,<br><br>      Defendants. | No. C07-6229 BZ<br><br>**ORDER EXTENDING ENE COMPLETION DATE AND SCHEDULING A FURTHER STATUS CONFERENCE** |

    Following a status conference between the parties held on November 10, 2008, **IT IS HEREBY ORDERED AS FOLLOWS**:

    1.  The Early Neutral Evaluation completion date, previously set for January 12, 2009, is extended until **January 19, 2009**;

    2.  A further status conference is scheduled for **January 26, 2009**.  Both parties are granted leave to appear by telephone.  Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.  A tentative trial date is set for the week of either June 22, 2009 or June 29, 2009, the details

///

1

of which will be finalized at the January 26 status conference.

Dated: November 12, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPBELL V. YEO\ORDER EXTENDING ENE COMPLETION DATE AND SETTING FURTHER STAT. CONF.wpd