| | |
|---|---|
| 1 | WHITE O'CONNOR FINK & BRENNER LLP |
| | Edward E. Weiman (STATE BAR NO. 193290) |
| 2 | 10100 Santa Monica Boulevard, Twenty-Third Floor |
| | Los Angeles, California 90067-4008 |
| 3 | Telephone: (310) 712-6100 |
| | Facsimile: (310) 712-6199 |
| 4 | eweiman@whiteo.com |
| 5 | Attorneys for Defendants |
| | TIMOTHY YEO and TAF GROUP LTD. |
| 6 | |
| | M. ARMON COOPER (STATE BAR NO. 36320) |
| 7 | Attorney at Law |
| | One California Street, 18th Floor |
| 8 | San Francisco, California 94111 |
| | Tel: 415-362-6000 |
| 9 | Fax: 415-834-9070 |
| 10 | |
| | Attorney for Plaintiff |
| 11 | DAVID B. CAMPBELL |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. CAMPBELL, | CASE NO. 3:07-CV-06229 BZ |
| Plaintiff, | The Honorable Bernard Zimmerman |
| v. | [~~PROPOSED~~] ORDER GRANTING PARTIES' REQUEST TO EXTEND ENE COMPLETION DEADLINE AND TO CONTINUE SCHEDULED ENE SESSION |
| TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company, | |
| Defendants. | Date: Jan. 6, 2009 |
| | Time: 1:00 p.m. |
| | Place: 639 Front Street, Fourth Floor, Levy Ram & Olson LLP, San Francisco, CA, 94111-1965 |
| | ENE Completion Deadline: Jan. 19, 2009 |
| | Trial Date: None Set |

234501.1.doc                                                    3:07-CV-06229 BZ

[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO EXTEND ENE COMPLETION DEADLINE AND TO CONTINUE SCHEDULED ENE SESSION

To ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the joint stipulation between Plaintiff David Campbell ("Plaintiff") and Defendants TAF Group Ltd. ("TAF") and Timothy Yeo ("Yeo") (collectively, "Defendants"), whereby the parties, by and through their counsel of record, agree that the ENE completion and current ENE session should be continued, THE COURT HEREBY FINDS AND ORDERS, AS FOLLOWS:

1. The ENE completion deadline is continued from January 19, 2009, to March 19, 2009.

2. The ENE session shall be continued from January 6, 2009, to a date to be agreed upon by the parties and the ENE evaluator, which date shall be no later than March 16, 2009.

3. Defendant Yeo will participate in both the ENE session and his deposition in person; unless, Yeo provides Plaintiff with confirmation that he is unable to travel outside of China, at that time.

IT IS SO ORDERED.

DATED: December 23, 2008

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

The court finds it troubling that this is the third continuance of the ADR deadline. There will be no further continuances. A status conference is set for March 23, 2008 at 4:00 p.m. to set a trial date.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Twenty-Third Floor, Los Angeles, California 90067-4008.

On December 22, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO EXTEND ENE COMPLETION DEADLINE AND TO CONTINUE SCHEDULED ENE SESSION** on the interested parties in this action as follows:

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, California  94102

Arthur D. Levy, Esq.
Levy, Ram & Olson LLP
639 Front Street, Fourth Floor
San Francisco, California  94111-1913

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 22, 2008, at Los Angeles, California.

_____
DeEtra T. Crudup