WHITE O'CONNOR FINK & BRENNER LLP
Edward E. Weiman (STATE BAR NO. 193290)
Tami Kameda (STATE BAR NO. 245629) *admitted pro hac vice*
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
eweiman@whiteo.com
tkameda@whiteo.com

Attorneys for Defendants
TIMOTHY YEO and TAF GROUP LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY YEO and TAF GROUP LTD., a British Virgin Islands Company,<br><br>　　　　Defendants. | CASE NO. 3:07-CV-06229 BZ<br><br>The Honorable Bernard Zimmerman<br><br>**REQUEST FOR CLARIFICATION OF RECORD REGARDING FURTHER STATUS CONFERENCE**<br><br>ENE Completion Deadline:   Jan. 19, 2009<br><br>Trial Date:         None Set |

TO THE COURT, PARTIES, AND ALL ATTORNEYS OF RECORD:

      Defendants TAF Group Ltd. and Timothy Yeo (collectively, "Defendants"), hereby respectfully request for a clarification of the record, based upon the following:

      1.    In an order dated November 12, 2008, the Court granted the parties' request to set the ENE completion deadline for January 19, 2009, and set a further status conference for January 26, 2009.  The Court granted the parties leave to appear at the conference by telephone.

      2.    In an order dated December 23, 2008, the Court granted the parties' request for a continuation of the ENE deadline from January 19, 2009, until March 19, 2009.  In that order, the Court set a status conference for March 23, 2009, at 4:00 p.m. to set a trial date.

      Accordingly, Defendants respectfully request the Court for clarification of whether the status conference for January 26, 2009, has been taken off of calendar in light of the new status conference set for March 23, 2009.  Defendants also respectfully request that the Court grant Defendants permission to appear for the March 23, 2009, status conference by telephone.

DATED: January 9, 2009        WHITE O'CONNOR FINK & BRENNER LLP
                                      Edward E. Weiman

By /s/ Edward E. Weiman
      Edward E. Weiman
Attorneys for Defendants  TIMOTHY YEO and TAF GROUP LTD.



1/12/2009 - The status conference scheduled for January 26, 2009 is VACATED.  The new status conference on March 23, 2009 will proceed and defendants have permission to appear telephonically. **Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

235482.1.doc                          1                        3:07-CV-06229 BZ
REQUEST FOR CLARIFICATION OF RECORD REGARDING FURTHER STATUS CONFERENCE