1  WHITE O'CONNOR FINK & BRENNER LLP
   Edward E. Weiman (STATE BAR NO. 193290)
2    Tami Kameda (STATE BAR NO. 245628), *admitted pro hac vice*
   10100 Santa Monica Boulevard, Twenty-Third Floor
3  Los Angeles, California 90067-4008
   Telephone: (310) 712-6100
4  Facsimile: (310) 712-6199
   eweiman@whiteo.com
5  tkameda@whiteo.com

6  Attorneys for Defendants
   TIMOTHY YEO and TAF GROUP LTD.
7

8              UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | DAVID B. CAMPBELL,                      | CASE NO. 3:07-CV-06229 BZ
12 |         Plaintiff,                      | The Honorable Bernard Zimmerman
13 |   v.                                    | [PROPOSED] ORDER GRANTING WHITE O'CONNOR FINK &
14 | TIMOTHY YEO and TAF GROUP                 BRENNER LLP'S MOTION TO SHORTEN TIME TO HEAR ITS
15 | LTD., a British Virgin Islands Company,   MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
16 |         Defendants.                       DEFENDANTS TIMOTHY YEO AND TAF GROUP, OR IN THE
17 |                                           ALTERNATIVE, TO VACATE ENE-RELATED DEADLINES AND
18 |                                           THE STATUS CONFERENCE DATE
19 |                                          
20 |                                          [*Motion to Shorten Time To Hear White O'Connor Fink & Brenner LLP's
21 |                                          Motion to Withdraw as Counsel of Record, Or In The Alternative, Vacate
22 |                                          ENE-Related Dates and Status Conference Date; and Declaration of
23 |                                          Tami Kameda, filed concurrently herewith*]
24 |                                          Trial Date:      None Set

28  236440.1.doc                                                          3:07-CV-06229 BZ

1  Having considered White O'Connor Fink & Brenner LLP's ("WOFB")
2  Motion to Shorten Time to Hear its Motion to Withdraw as Counsel of Record for
3  Defendants Timothy Yeo and TAF Group Ltd., or in the alternative, to vacate dates
4  related to the Early Neutral Evaluation ("ENE") and status conference date, the
5  declaration filed in support thereof, the papers filed in response thereto, all other
6  arguments, and the records and documents on file in this case, IT IS HEREBY
7  ORDERED that WOFB's Motion is GRANTED.

8  The time to hear WOFB's Motion to Withdraw as Counsel of Record for
9  Defendants Timothy Yeo and TAF Group Ltd. is shortened from March 19, 2009
10 10:00 a.m. to March 4, 2009 at 10:00a.m. ~~WOFB is permitted to appear~~
11 ~~telephonically at said hearing.~~ If Defendants intend to oppose the motion, then opposition is
12 ~~The ENE completion deadline of March 18, 2009 is vacated.~~
   due Friday February 27, 2009. WOFB shall serve this Order on defendants.
13 ~~The deposition date for defendant Timothy Yeo is vacated.~~
14 ~~The status conference date of March 23, 2009 is vacated.~~

16 IT IS SO ORDERED.
17 DATED: February 19, 2009

18 Hon. Bernard Zimmerman
   United States Magistrate Judge

   *[Judge Bernard Zimmerman signature/stamp]*

20
21 Presented By:
22 WHITE O'CONNOR FINK & BRENNER LLP
   Edward E. Weiman
23 Tami Kameda

25 By /s/ Edward E. Weiman
        Edward E. Weiman
26 Attorneys for Defendants TIMOTHY YEO
27 and TAF GROUP LTD.

28