UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID B. CAMPBELL, | ) | |
| Plaintiff(s), | ) | No. C07-6229 BZ |
| v. | ) | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| TIMOTHY YEO and TAF GROUP, LTD, a British Virgin Islands Co., | ) | |
| Defendant(s). | ) | |

On February 4, 2009, Edward E. Weiman and Tami Kameda of White O'Connor Fink & Brenner LLP, attorneys for the defendants, filed a motion to withdraw as counsel, which they served on defendants.

Having considered the moving papers, and having received no opposition from defendants, **IT IS HEREBY ORDERED** that the motion to withdraw as counsel for defendants is **GRANTED** with the following conditions:

1. White O'Connor Fink & Brenner LLP is granted a conditional withdrawal pursuant to Civil Local Rule 11-5(b). Until White O'Connor Fink & Brenner LLP is relieved of its responsibilities as counsel for defendants, or until

1

1  defendants appear by other counsel, papers for defendants may
2  continue to be served on Mr. Weiman or Ms. Kameda.
3       2.   The parties are **ORDERED** to appear at a settlement
4  conference before Magistrate Judge Spero on Monday, March 16,
5  2009.  Judge Spero will issue an order setting the precise
6  time and place and his settlement conference requirements.
7  Mr. Cooper is to attend with plaintiff.  Unless a substitution
8  of counsel if filed beforehand, counsel from White O'Connor
9  Fink & Brenner LLP shall attend with Mr. Yeo and any other
10 representative of TAF Group Ltd. as appropriate.  If Mr. Yeo
11 fails to appear personally, the Court will entertain an
12 application to strike his answer and enter his default.
13      3.   If the case does not settle, trial is scheduled for
14 **June 8, 2009**.  A scheduling order will issue.
15      4.   Given that the defendant TFA Group Ltd., as a
16 corporation, cannot represent itself, it is **ORDERED** to obtain
17 substitute counsel.  If new counsel does not file a
18 substitution or a general appearance by **April 6, 2009**, its
19 default will be entered.
20      5.   If the case has not settled, and new counsel has not
21 appeared, White O'Connor Fink and Brenner LLP is relieved as
22 counsel for defendants on **April 15, 2009**.
23      6.   Mr. Weiman or Ms. Kameda must serve this order on
24 defendants.
25 Dated: March 5, 2009
26                              _____
                                  Bernard Zimmerman
                              United States Magistrate Judge
27 G:\BZALL\-BZCASES\CAMPBELL V. YEO\ORDER ON MOT TO WITHDRAW AS COUNSEL.wpd
28