UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID B. CAMPBELL, | ) | |
| Plaintiff(s), | ) | No. C07-6229 BZ |
| v. | ) | **ORDER TO SHOW CAUSE** |
| TIMOTHY YEO and TAF GROUP, LTD, a British Virgin Islands Co., | ) | |
| Defendant(s). | ) | |

By order dated March 5, 2009, defendant Timothy Yeo and defendant TAG Group Ltd. (collectively "defendants") were ordered to appear at the settlement conference scheduled before the Honorable Joseph C. Spero on March 16, 2009. Defendants failed to appear and did not seek to have their presence excused. Defendant Yeo was admonished that if he failed to appear, his answer could be stricken and his default entered. Defendant Yeo has also failed to respond to Judge Spero's email and telephone messages, and has apparently not spoken with his attorneys since late January.

Therefore, good cause appearing, defendants are hereby

1

**ORDERED** to show cause in writing by **Wednesday, April 1, 2009**, why they should not be held in contempt, or otherwise be sanctioned under Rule 16(f) for failure to comply with Court orders.  A likely sanction is having their default entered. At the very least, defendants should explain why they did not appear for the settlement conference.  A hearing on the Order to Show Cause is scheduled for **April 13, 2009 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Defendants must attend this hearing.

   Counsel for defendants shall serve this Order on defendants.

Dated: March 18, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAMPBELL V. YEO\OSC.wpd