UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| DAVID B. CAMPBELL, | ) | |
| Plaintiff(s), | ) | No. C07-6229 BZ |
| v. | ) | **ORDER STRIKING DEFENDANTS' ANSWERS & ENTERING DEFAULT** |
| TIMOTHY YEO and TAF GROUP, LTD, a British Virgin Islands Co., | ) | |
| Defendant(s). | ) | |

By Order dated March 18, 2009, defendants Timothy Yeo and TAG Group, Ltd. were ordered to show cause in writing by Wednesday, April 1, 2009, why they should not be held in contempt, or otherwise be sanctioned under Rule 16(f) for failure to comply with Court orders. (Doc. No. 68.)  By that same Order, the Court scheduled a hearing on the Order to Show Cause for Monday, April 13, 2009 at 4:00 p.m.  Neither defendant Yeo nor defendant TAF Group, Ltd. filed a written statement, nor did either defendant appear at the hearing on April 13.  Accordingly, pursuant to the Court's previous orders (*See* Doc. Nos. 62, 68), and the Court's inherent

1

1  authority to enforce its orders and manage its cases, **IT IS**
2  **HEREBY ORDERED** that defendants' answers are stricken and their
3  default is entered.
4     It is further **ORDERED** that a hearing on plaintiff's
5  application for default judgment is scheduled for **Thursday,**
6  **May 21, 2009 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal
7  Building, 450 Golden Gate Avenue, San Francisco, California
8  94102.
9     Plaintiff should be prepared to prove his damages by
10 competent testimony or other admissible evidence.  If
11 plaintiff intends to prove damages by affidavits or
12 declarations, the affiant or declarant should have personal
13 knowledge of all matters to which she testifies.  For all
14 evidence, proper foundations must be established.  For an
15 explanation of the evidentiary requirements for proving
16 damages in a default case, the parties are encouraged to
17 consult Chapter Six of <u>Civil Procedure Before Trial</u> by William
18 W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.
19    Defendants should attend the hearing if they contest the
20 validity or amount of plaintiff's claim.  Before being
21 relieved of their duties as defendants' counsel (*See* Doc. No.
22 62), either Mr. Edward E. Weiman or Ms. Tami Kameda of White
23 O'Connor Fink & Brenner LLP, shall serve defendants with this
24 order.
25 Dated: April 14, 2009
26                               _____
27                                      Bernard Zimmerman
                                   United States Magistrate Judge
28 G:\BZALL\-BZCASES\CAMPBELL V. YEO\ORDERING ENTERING DEFENDANTS DEFAULT.wpd

2